TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00577-CV

Webb Clayton Estes, Appellant

v.

Michelle Lilly Estes, Appellee

FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT

NO. 13-188, HONORABLE BOBBY L. CUMMINGS, JUDGE PRESIDING 

PER CURIAM

 Because appellant Webb Clayton Estes has failed to respond to this Court's request
for notification of appellant's intention to proceed with his appeal, we will dismiss this appeal for
want of prosecution. See Tex. R. App. P. 42.3(c).

 The Clerk of this Court filed appellant's Notice of Appeal on August 28, 2000. By
letter dated November 21, 2000, the Lampasas District Clerk informed this Court that on
November 20, 2000 appellant stated he did not intend to proceed with his appeal. By letter dated
December 4, 2000, the Clerk of this Court notified appellant that unless he informed this Court
by December 14, 2000 of his intention to continue with the appeal, the cause would be dismissed
for want of prosecution. Thus far, appellant has failed to respond to this notification.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: January 11, 2001

 Do Not Publish